ALICE KRAEMER, ADMINISTRATRIX, ETC. v. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS.[1]

January 20, 1922.

No. 22,715.

After the former appeal reported in 148 Minn. 310, 181 N. W. 847, plaintiff's motion for judgment was granted, and defendant's motion for judgment was denied, Bardwell, J. From the judgment entered pursuant to the order for judgment, defendant appealed. Affirmed.

*Brown, Somsen & Sawyer*, for appellant.

*George C. Stiles* and *F. M. Miner*, for respondent.

PER CURIAM.

This is an appeal by the defendant from a judgment of the Hennepin district court entered upon a verdict in favor of the plaintiff in an action for personal injuries based upon the Federal Safety Appliance Act. The questions presented are those decided on an appeal from an order denying the plaintiff's motion for a new trial, reported in 148 Minn. 310, 181 N. W. 847. Following the decision in that case the judgment is affirmed.

Judgment affirmed.

[1]Reported in 186 N. W. 392.